**John P. Boggs  (State Bar No. 172578)**
**Jennifer M. Schermerhorn (State Bar No. 225070)**
**FINE, BOGGS & PERKINS, LLP**
**80 Stone Pine Road, Suite 210**
**Half Moon Bay, California  94019**
**Telephone:  (650) 712-8908**
**Fax:             (650) 712-1712**

**Attorneys for Defendant**
**LIN R. ROGERS ELECTRICAL**
**CONTRACTORS, INC.**


**Michael Tracy (State Bar No. 237779)**
**LAW OFFICES OF MICHAEL TRACY**
**2030 Main Street, Suite 200**
**Irvine, California 92614**
**Telephone:  (949) 260-9171**
**Fax:             (949) 365-3051**

**Attorney for Plaintiff**
**VICTOR ORTIZ**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ORTIZ,<br><br>              Plaintiff,<br><br>     v.<br><br>LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.<br><br>              Defendant. | USDC Case No. CV11-04750 |

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6.1(a), the parties to the above-styled action, by and through their undersigned counsel, hereby stipulate as follows:

1.)   Plaintiff's Motion to Dismiss Plaintiff's Counterclaims was filed on November 29, 2011;

2.) Pursuant to Local Rule 7.3, Defendant has until December 13, 2011 to answer or otherwise respond to Plaintiff's Motion to Dismiss Defendant's Counterclaims, and Plaintiff's Reply to Defendant's response is due by December 20, 2011;

3.) The parties have stipulated to a two-week extension to allow Defendant adequate time to respond to Plaintiff's Motion to Dismiss Defendant's Counterclaims, and a two-week extension to allow Plaintiff to reply to Defendant's response.

4.) The parties previously stipulated to extend the time for Defendant to respond to Plaintiff's Complaint from October 17, 2011 until November 7, 2011;

5.) Pursuant to Civil Local Rule 6.1(a), no court order is required to effect this Stipulated The requested modification will have no effect on the schedule of this case;

6.) Pursuant to Civil Local Rule 6.1(b), no court order is required to effect this Stipulated Extension.

THEREFORE, the parties stipulate to the following:

1.) Defendant will answer or otherwise respond to Plaintiff's Motion to Dismiss Defendant's Counterclaims no later than December 27, 2011.

2.) Plaintiff's Reply to Defendant's Response shall be filed no later than January 10, 2012.

SO STIPULATED, this 8th day of December, 2011.

/s/ *Jennifer M. Schermerhorn*
Jennifer M. Schermerhorn
FINE, BOGGS & PERKINS LLP

Attorney for Defendant
LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.

/s/ *Michael Tracy*
Michael Tracy
LAW OFFICES OF MICHAEL TRACY

Attorney for Plaintiff
VICTOR ORTIZ

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED:

1.) Defendant will answer or otherwise respond to Plaintiff's Motion to Dismiss Defendant's Counterclaims no later than December 27, 2011.

2.) Plaintiff's Reply to Defendant's Response shall be filed no later than January 10, 2012.

December 20, 2011
Date

*Lucy H. Koh*
Lucy H. Koh
United States Distict Judge