1
2
3
4
5

**John P. Boggs (State Bar No. 172578)**
**Jennifer M. Schermerhorn (State Bar No. 225070)**
**FINE, BOGGS & PERKINS, LLP**
**80 Stone Pine Road, Suite 210**
**Half Moon Bay, California 94019**
**Telephone: (650) 712-8908**
**Fax: (650) 712-1712**

6
7

**Attorneys for Defendant**
**LIN R. ROGERS ELECTRICAL**
**CONTRACTORS, INC.**

8
9
10
11
12
13

**Michael Tracy (State Bar No. 237779)**
**Michael Velarde (State bar No. 266272)**
**LAW OFFICES OF MICHAEL TRACY**
**2030 Main Street, Suite 200**
**Irvine, California 92614**
**Telephone: (949) 260-9171**
**Fax: (949) 365-3051**

**Attorney for Plaintiff**
**VICTOR ORTIZ**

14

15

## UNITED STATES DISTRICT COURT

16

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18
19
20
21
22
23
24

| | |
|---|---|
| **VICTOR ORTIZ,** | **USDC Case No. CV11-04750** |
|              **Plaintiff,** | **JOINT STIPULATION AND** |
| | **[~~PROPOSED~~] ORDER** |
|       **v.** | |
| **LIN R. ROGERS ELECTRICAL** | |
| **CONTRACTORS, INC.** | |
|           **Defendant.** | |

25
26
27
28

## STIPULATION EXTENDING DATES FOR CASE MANAGEMENT CONFERENCE

## AND HEARING ON PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties to the above-styled action, by

1

and through their undersigned counsel, hereby stipulate as follows:

1.)     Plaintiff's Motion to Dismiss Defendant's Counterclaims was filed on November 29, 2011;

2.)     The parties are currently scheduled to hold both a Case Management Conference and a Hearing on Plaintiff's Motion to Dismiss Counterclaims on March 8, 2012;

3.)     The deadline for the parties' initial disclosures under Fed. Rules Civ. Proc. Section 26 is currently March 1, 2012;

4.)     Defendant and its counsel have agreed that counsel will withdraw and Defendant will obtain new counsel.

5.)     The parties have stipulated to a four-week extension to the Case Management Conference and Hearing on Plaintiff's Motion to Dismiss Counterclaims, to allow Defendant adequate time to seek and obtain counsel, then bring counsel up to speed on the issues currently before the Court.

6.)     The parties have stipulated to a four-week extension to the deadline for filing initial disclosures required under Fed. Rules Civ. Proc. Section 26, to allow Defendant adequate time to seek and obtain counsel, then bring counsel up to speed on the issues currently before the Court.

7.)     The parties previously stipulated to extend the time for Defendant to respond to Plaintiff's Complaint from October 17, 2011 until November 7, 2011;

8.)     The parties previously stipulated to extend the time for Defendant to answer or otherwise respond to Plaintiff's Motion to Dismiss Defendant's Counterclaims to December 27, 2011.

9.)     The parties previously stipulated to extend the time for Plaintiff's Reply to Defendant's Response to January 10, 2012.

10.)    Pursuant to Civil Local Rule 6.1(b), no court order is required to effect this Stipulated Extension.

THEREFORE, the parties stipulate to the following:

1.)     The parties' Case Management Conference and Hearing on Plaintiff's Motion to

Dismiss Counterclaims are extended to April 6, 2012.

2.) The deadline for the parties' initial disclosures due under Fed. Rules Civ. Proc. Section 26 is extended to March 29, 2012.


SO STIPULATED, this 22nd day of February 2011.


/s/*Jennifer M. Schermerhorn*
Jennifer M. Schermerhorn
FINE, BOGGS & PERKINS LLP

Attorney for Defendant
LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.

/ s/*Michael Velarde*
Michael Velarde
Michael Tracy
LAW OFFICES OF MICHAEL TRACY

Attorney for Plaintiff
VICTOR ORTIZ


<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1.) The parties' Case Management Conference and Hearing on Plaintiff's Motion to Dismiss Counterclaims is hereby moved to ~~April 6, 2012.~~ April 19, 2012, at 1:30 p.m.

2.) The deadline for the parties' initial disclosures under Fed. Rules Civ. Proc. Section 26 is extended accordingly.


February 29, 2012
Date

*Lucy H. Koh*

Honorable Lucy H. Koh
Judge of United States District Court

IT IS SO ORDERED
AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh

3