1  Paula Weber (State Bar No. 121144)
   PILSBURY, WINTHROP, SHAW, PITTMAN
2  50 Fremont Street
3  San Francisco, California 94105
   Telephone: (415) 983-7488
4  Facsimile: (415) 983-1200

5  Attorneys for Defendant
   LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.
6

7
                   UNITED STATES DISTRICT COURT
8
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
9

10

11  VICTOR ORTIZ,                         USDC Case No. CV11-04750

12        Plaintiff,
                                          NOTICE OF WITHDRAWAL AND
13     v.                                 SUBSTITUTION OF COUNSEL FOR
                                          DEFENDANT LIN R. ROGERS
14  LIN R. ROGERS ELECTRICAL              ELECTRICAL CONTRACTORS, INC.;
    CONTRACTORS, INC.                     [PROPOSED] ORDER

15        Defendant.

16

17
           PLEASE TAKE NOTICE that Defendant LIN R. ROGERS ELECTRICAL
18
    CONTRACTORS, INC. has retained Pilsbury, Winthrop, Shaw, Pittman to substitute as counsel
19
    for Fine, Boggs & Perkins LLP in the above-captioned matter.
20
           Withdrawing counsel for Defendant LIN R. ROGERS ELECTRICAL CONTRACTORS,
21
    INC. is:
22
        John P. Boggs
23
        Fine, Boggs & Perkins LLP
24      80 Stone Pine Road, Suite 210
        Half Moon Bay, California 94019
25      Phone: (650) 712-8908
        Facsimile: (650) 712-1712
26      Email: jboggs@employerlawyers.com
27      Jennifer M. Schermerhorn
        Fine, Boggs & Perkins LLP
28

80 Stone Pine Road, Suite 210
Half Moon Bay, California 94019
Phone: (650) 712-8908
Facsimile: (650) 712-1712
Email: jschermerhorn@employerlawyers.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.:

Paula Weber
Pillsbury, Winthrop, Shaw, Pittman
50 Fremont Street
San Francisco, California 94105
Phone: (415) 983-7488
Facsimile: (415) 983-1200
Email: paula.weber@pillsburylaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: March 15, 2012                 Lin R. Rogers Electrical Contractors, Inc. (Rogers Electric)

                                      By: _____
                                          Chris Rogers, President


Dated: March 5, 2012                  FINE, BOGGS & PERKINS LLP


                                      By: /s/ Jennifer M. Schermerhorn
                                          Jennifer M. Schermerhorn, Attorney


Dated: March 19, 2012                 PILSBURY, WINTHROP, SHAW, PITTMAN


                                      By: /s/ Paula M. Weber
                                          Paula Weber, Attorney


I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: March 19, 2012          PILSBURY, WINTHROP, SHAW, PITTMAN

By: /s/ Paula M. Weber
Paula Weber, Attorney

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: March 21, 2012        *Lucy H. Koh*
Lucy H. Koh, U.S.D.C. Judge