Paula Weber (State Bar No. 121144)
PILSBURY, WINTHROP, SHAW, PITTMAN
50 Fremont Street
San Francisco, California 94105
Telephone: (415) 983-7488
Facsimile: (415) 983-1200

Attorneys for Defendant
LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.<br><br>    Defendant. | USDC Case No. CV11-04750<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.; [PROPOSED] ORDER |

PLEASE TAKE NOTICE that Defendant LIN R. ROGERS ELECTRICAL CONTRACTORS, INC. has retained Pilsbury, Winthrop, Shaw, Pittman to substitute as counsel for Fine, Boggs & Perkins LLP in the above-captioned matter.

Withdrawing counsel for Defendant LIN R. ROGERS ELECTRICAL CONTRACTORS, INC. is:

    John P. Boggs
    Fine, Boggs & Perkins LLP
    80 Stone Pine Road, Suite 210
    Half Moon Bay, California 94019
    Phone: (650) 712-8908
    Facsimile: (650) 712-1712
    Email: jboggs@employerlawyers.com
    Jennifer M. Schermerhorn
    Fine, Boggs & Perkins LLP

80 Stone Pine Road, Suite 210
Half Moon Bay, California 94019
Phone: (650) 712-8908
Facsimile: (650) 712-1712
Email: jschermerhorn@employerlawyers.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.:

Paula Weber
Pillsbury, Winthrop, Shaw, Pittman
50 Fremont Street
San Francisco, California 94105
Phone: (415) 983-7488
Facsimile: (415) 983-1200
Email: paula.weber@pillsburylaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: March 15, 2012

Lin R. Rogers Electrical Contractors, Inc. (Rogers Electric)

By: _____
Chris Rogers, President


Dated: March 5, 2012

FINE, BOGGS & PERKINS LLP

By: /s/ Jennifer M. Schermerhorn
Jennifer M. Schermerhorn, Attorney


Dated: March 19, 2012

PILSBURY, WINTHROP, SHAW, PITTMAN

By: /s/ Paula M. Weber
Paula Weber, Attorney


I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 19, 2012 | PILSBURY, WINTHROP, SHAW, PITTMAN |
| 3 | | |
| 4 | | By: /s/ Paula M. Weber<br>Paula Weber, Attorney |
| 5 | | |
| 6 | The above withdrawal and substitution of counsel is approved and so ORDERED. | |
| 7 | DATED: March 21, 2012 | *Lucy H. Koh* |
| 8 | | Lucy H. Koh, U.S.D.C. Judge |