UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VICTOR ORTIZ, | ) | Case No.: 11-CV-04750-LHK |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION OF |
| | ) | DISMISSAL |
| v. | ) | |
| | ) | |
| LIN R. ROGERS ELECTRICAL | ) | |
| CONTRACTORS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 12, 2012, Plaintiff filed a notice of settlement, informing the Court that "[a] stipulation of dismissal will be filed within thirty (30) days following this notice." Accordingly, the hearing on Defendant's pending motion to dismiss set for May 3, 2012, at 1:30 p.m. is hereby VACATED. The case management conference set for May 3, 2012, at 1:30 p.m.. is continued to May 23, 2012, at 2:00 p.m. By May 16, 2012, the parties shall file either (1) their stipulation of dismissal, or (2) a joint case management statement pursuant to the Civil Local Rules and the standing orders of this Court.

**IT IS SO ORDERED.**

Dated: April 16, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 11-CV-04750-LHK
ORDER RE STIPULATION OF DISMISSAL