MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MICHAEL E. VELARDE, ESQ., SBN 266272
MVELARDE@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff

Paula Weber, Esq., SBN 121144
Pillsbury, Winthrop, Shaw, Pittman
50 Fremont Street
San Francisco, California 94105
Phone: (415) 983-7488
Facsimile: (415) 983-1200
Email: paula.weber@pillsburylaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ORTIZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LIN. R. ROGERS ELECTRICAL CONTRACTORS, INC., A GEORGIA CORPORATION;<br><br>Defendant. | Case No.: CV11-04750-LHK<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff VICTOR ORTIZ and all Defendants who have appeared in this action, as follows:

1.     This action was commenced on September 26, 2011.

2.     The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3.     This action is hereby dismissed, in its entirety, with prejudice.

DATED: May 16, 2012     LAW OFFICES OF MICHAEL TRACY

By: /s/ Michael Velarde
_____
MICHAEL VELARDE, Attorney for Plaintiff VICTOR ORTIZ

DATED: May 16, 2012     Pillsbury, Winthrop, Shaw, Pittman

By: /s/ Paula Weber
_____
Paula Weber, Attorney for Defendant LIN.R. ROGERS ELECTRICAL CONTRACTORS, INC.

```
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ORTIZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LIN. R. ROGERS ELECTRICAL CONTRACTORS, INC., A GEORGIA CORPORATION;<br><br>Defendant. | Case No.: CV11-04750-LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

(PROPOSED is struck through)

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed. The Clerk shall close the file.

DATED: May 17, 2012          By: _Lucy H. Koh_
                                                 UNITED STATES DISTRICT COURT JUDGE
                                                             LUCY H. KOH

-1-