1  MICHAEL L. TRACY, ESQ., SBN 237779
2  MTRACY@MICHAELTRACYLAW.COM
   MICHAEL E. VELARDE, ESQ., SBN 266272
3  MVELARDE@MICHAELTRACYLAW.COM
4  LAW OFFICES OF MICHAEL TRACY
   2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051
7
8  Attorneys for Plaintiff

9  Paula Weber, Esq., SBN 121144
10 Pillsbury, Winthrop, Shaw, Pittman
   50 Fremont Street
11 San Francisco, California 94105
12 Phone: (415) 983-7488
   Facsimile: (415) 983-1200
13 Email: paula.weber@pillsburylaw.com
14
   Attorneys for Defendant
15
                  **UNITED STATES DISTRICT COURT**
16
                  **NORTHERN DISTRICT OF CALIFORNIA**
17
                         **SAN JOSE DIVISION**
18

| | |
|---|---|
| VICTOR ORTIZ, an individual | Case No.: CV11-04750-LHK |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| LIN. R. ROGERS ELECTRICAL CONTRACTORS, INC., A GEORGIA CORPORATION; | |
| Defendant. | |

26     IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of
27 Civil Procedure, Rule 41(a)(1) by and between Plaintiff VICTOR ORTIZ and all
28 Defendants who have appeared in this action, as follows:

-1-

1. This action was commenced on September 26, 2011.

2. The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

DATED:  May 16, 2012              LAW OFFICES OF MICHAEL TRACY

                                  /s/ Michael Velarde
                              By: _____
                                  MICHAEL VELARDE, Attorney for Plaintiff
                                  VICTOR ORTIZ

DATED:  May 16, 2012              Pillsbury, Winthrop, Shaw, Pittman

                                  /s/ Paula Weber
                              By: _____
                                  Paula Weber, Attorney for Defendant LIN.R.
                                  ROGERS ELECTRICAL CONTRACTORS,
                                  INC.

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VICTOR ORTIZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LIN. R. ROGERS ELECTRICAL CONTRACTORS, INC., A GEORGIA CORPORATION;<br><br>Defendant. | Case No.: CV11-04750-LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed. The Clerk shall close the file.


DATED: May 17, 2012           By: _____*Lucy H. Koh*_____
                                  UNITED STATES DISTRICT COURT JUDGE
                                  LUCY H. KOH

-1-